1 | Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
2 | 12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
3 | Tel.: (562)868-5886
Fax: (562)868-5491
4 | E-mail: rohlfing.office@rohlfinglaw.com

5 | Attorneys for Plaintiff
Jose A. Mendoza
6

7

8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. MENDOZA, | Case No.: CV 12-1853 PLA |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 4/22/13

THE HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

-1-

| | |
|---|---|
| DATE: April 16, 2013 | Respectfully submitted,<br><br>LAW OFFICES OF LAWRENCE D. ROHLFING<br><br>BY: /s/ *Young Cho*<br>‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Young Cho<br>Attorney for plaintiff Jose A. Mendoza |